IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEREK A. SMITH, | ) CASE NO. 1:14 CV 2308 |
| Plaintiff, | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| LERNER, SAMPSON, & ROTHFUSS, et al., | ) |
| Defendants. | ) JUDGMENT |

For the foregoing reasons, the Motions to Dismiss filed by Defendants (Docket #s 12 and 19) are hereby GRANTED IN PART.

Plaintiff, Derek Smith's claims brought pursuant to the FDCPA and RICO – Counts I and II of the Complaint – are hereby DISMISSED WITH PREJUDICE.

The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining claims. Accordingly, Plaintiff's remaining claims are hereby DISMISSED WITHOUT PREJUDICE.

This case is hereby TERMINATED.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: April 20, 2015