# United States District Court for the Northern District of Ohio

Derek A. Smith

**Plaintiff,**

**vs.**

CASE NO. 1:14 CV 2308

**Judge** Donald C. Nugent

Lerner, Sampson & Rothfus, et al.

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Derek A. Smith ,

(here name all parties taking the appeal)

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

from the final judgment dismissing this case

(the final judgment) (from an order (describing it))

entered in this action on the 20th day of April , 2015 .

(s) /s/ Michael A. Partlow

Address: 112 S. Water Street, STE C
Kent, OH 44240

Phone #: 330.400.2290

Attorney for Plaintiff

6CA-3