TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, EASTERN DIVISION, Cleveland | District Court No. _____ 1:14cv2308<br>USCA No. ___15-3563___ |

CAPTION

DEREK A. SMITH

PLAINTIFF - __APPELLANT__

v.

LERNER SAMPSON & ROTHFUSS, L.P.A., et al.

DEFENDANT - __Appellees__

CURRENT COUNSEL FOR PLAINTIFF
NAME:  Michael A. Partlow
FIRM NAME:
ADDRESS:  Suite C
                    112 S. Water Street
                    Kent, OH. 44240
TELEPHONE:  330-400-2290

CURRENT COUNSEL FOR DEFENDANT
NAME:  Cynthia M. Fischer
FIRM NAME: Lerner, Sampson & Rothfuss
ADDRESS:  8th Floor
                    120 East Fourth Street
                    P.O. Box 5480
                    Cincinnati, OH. 45201-5480
TELEPHONE:  513-419-4854

If Habeas Corpus, Certificate of Appealability is:    ( ) granted    ( ) denied    ( ) pending

Criminal Defendant:  ( ) on bond    ( ) incarcerated    ( ) on probation

Fees:    District Court & USCA Fee Paid:    (X) yes    ( ) no    ( ) not required
             Pauper Status:    ( ) granted    ( ) denied    ( ) pending
             Affidavit of Financial Status Filed:    ( ) yes    ( ) no

Counsel:    ( ) appointed    (X) retained    ( ) pro se

District Court Judge:__Nugent__    Court Reporter:__NONE__

Any hearing or trial    (X) yes    ( ) no    If yes, dates __1/27/15__

FROM___Shawn Harrigan___                    DATE__MAY 20, 2015__

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, 2015.  Clerk, GERI M. SMITH, U.S. District Court